# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**KRISTOFER K. ONDREJKA,**

      **Plaintiff,**

      **v.**                              **Case No. 14-CV-1109**

**DR. FERN SPRINGS and LORA BLASIUS,**

      **Defendants.**

## ORDER

On September 12, 2014, the Office of the Clerk of Court directed plaintiff to file a certified a copy of his Prisoner Trust Account Statement for the preceding six months within twenty-one days. Plaintiff has not filed the required statement. I will grant him additional time until November 14, 2014, to file his six-month Prisoner Trust Account Statement. Failure to timely submit the statement may result in the dismissal of this case without prejudice.

**THEREFORE, IT IS ORDERED** that plaintiff shall file a certified copy of his Prisoner Trust Account Statement for the preceding six months on or before **November 14, 2014**.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2014.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge