# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**KRISTOFER K. ONDREJKA,**

      **Plaintiff,**

      **v.**                     **Case No. 14-CV-1109**

**DR. FERN SPRINGS and LORA BLASIUS,**

      **Defendants**

---

## DECISION AND ORDER

      Plaintiff filed this pro se civil rights action along with a petition for leave to proceed in forma pauperis.  He did not file a certified copy of his Prisoner Trust Account Statement as requested by the Clerk of Court.  On October 25, 2014, I directed him to file the trust account statement by November 14, 2014, and advised that failure to do so might result in dismissal of this case for failure to prosecute.  Plaintiff has not filed the required trust account statement.

      **THEREFORE, IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

      Dated at Milwaukee, Wisconsin, this 21st day of November, 2014.


s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge